OPINION — AG — **** CRIMINAL CASES — COURT CLERK — FEES COLLECTED **** AFTER JANUARY 13, 1969, NO DISTRICT ATTORNEY'S FEES ARE TO BE COLLECTED IN A CRIMINAL CASES. TITLE 28 O.S. 1968 Supp., 153 [28-153], MAKES REFERENCE TO SUCH FEES, BUT THERE IS NO LAW PROVIDING FOR SUCH A FEE. 28 O.S. 1968 Supp., 38 [28-38] IS REPEALED EFFECTIVE JANUARY 13, 1969. TITLE 28 O.S. 1968 Supp., 151-152 [28-151] — [28-152], REPEALED 12 O.S. 1961 932 [12-932] BY IMPLICATION AND ONLY THOSE COSTS AND FEES AUTHORIZED IN 28 O.S. 1968 Supp., 151-152 [28-151] — [28-152] CITE: 28 O.S. 1968 Supp., 101 [28-101] (PRUDENCE LITTLE)